UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TONI LARRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:04-CV-2384-G |
| COMCAST, ) | |
| ) | |
| Defendant. ) | |

### ORDER

On February 1, 2005, the plaintiff was ordered to pay the $150.00 filing fee within thirty days, or this case would be dismissed. The filing fee not having been paid, this case is **DISMISSED** without prejudice.

**SO ORDERED**.

March 3, 2005.

_____
A. JOE FISH
CHIEF JUDGE